No. 94–8176. FORD v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 94–8184. SMITH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–8203. REEVES v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 94–8248. HILI v. HILI. Sup. Ct. Vt. Certiorari denied.

No. 94–8313. PRICE v. RUNYON, POSTMASTER GENERAL. C. A. 6th Cir. Certiorari denied.

No. 94–8358. KING v. CITY OF DOTHAN POLICE DEPARTMENT ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–8359. MORRIS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–8372. CAMPBELL v. BURTON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–8373. WHEELER v. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–8374. FENELON v. UNITED STATES POSTAL SERVICE. C. A. 5th Cir. Certiorari denied.

No. 94–8375. FRUSHER v. BASKIN-ROBBINS ICE CREAM CO. ET AL. C. A. 1st Cir. Certiorari denied.

No. 94–8382. CONLEY v. ARMONTROUT, ASSISTANT DIRECTOR/ ZONE II, MISSOURI DIVISION OF ADULT INSTITUTIONS. C. A. 8th Cir. Certiorari denied.

No. 94–8384. BOST v. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–8387. PRICE v. WASHINGTON, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.